UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

RAHJEEM WILLIAMS,

                                                 Plaintiffs,    **NOTICE OF APPEARANCE**

            -against-

CITY OF NEW YORK, et al.,                        **07 CV 3764 (KMK)**

                                                Defendants.

                                                      **FILED BY ECF**

------------------------------------------------------------------------ x

       **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendant City of New York, and requests that all future papers in this action be served upon the undersigned at the address stated below.

Dated:  New York, New York
           August 20, 2007

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel of
                                        the City of New York
                                        Attorney for defendant City of New York,
                                        100 Church Street
                                        New York, New York 10007
                                        (212) 788-0987
                                        Fax: (212) 788-9776

                                        By: _____/S/_____
                                             Brian G. Maxey  (BM 0451)
                                           Assistant Corporation Counsel

**CC: BY MAIL**
Rahjeem Williams (05-A-5293)
Cayuga Correctional Facility
PO BOX 1186
Morovia, NY 13118