UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/08

RAHJEEM WILLIAMS,

                Plaintiff,

-v-

THE CITY OF NEW YORK, *et al*,

                Defendants.

No. 07 Civ. 3764 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

Before the Court is plaintiff's motion pursuant to Fed. R. Civ. P. 50(a) for declaratory relief, alleging that plaintiff's constitutional rights have been violated by the absence of an indictment signed by the grand jury foreman.

Plaintiff's motion is denied without prejudice for failure to comply with the Individual Practices of the undersigned. Plaintiff may renew his motion after the Court has issued a decision on the pending motion to dismiss, should the plaintiff receive a favorable disposition on that motion.

SO ORDERED.

DATED:    April 8, 2008
                New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE